UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JUDY PERKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4: 20 CV 1109 CDP |
| | ) |
| LUVENIA PIGGEE, | ) |
| | ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER OF DISMISSAL**

On December 16, 2020, United States Magistrate Judge David D. Noce issued an Order and Recommendation that defendant's motion to dismiss be granted and this case be dismissed without prejudice for lack of subject matter jurisdiction. [Doc. 9]. The parties were given until January 6, 2021, to file written objections to the Order and Recommendation. To date, no objections have been filed and the time for doing so has expired. Accordingly, I will adopt the Order and Recommendation issued on December 16, 2020, and dismiss this action without prejudice for the reasons stated therein.

Accordingly,

**IT IS HEREBY ORDERED** that the Order and Recommendation issued on December 16, 2020 [9] is adopted in its entirety, defendant's motion to dismiss [5] is granted, and plaintiff's complaint is dismissed without prejudice.

An Order of Dismissal is entered this same date.

                                                  _____
                                                  CATHERINE D. PERRY
                                                  UNITED STATES DISTRICT JUDGE

Dated this 14th day of January, 2021.